JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DOUGLAS CORNEJO, ) | NO. LA CV 16-00889-VBF-GJS |
|      Petitioner, ) | |
| ) | FINAL JUDGMENT |
|   v. ) | |
| CHRISTIAN PFEIFFER ) | |
| (Warden), ) | |
|      Respondent. ) | |
| _____ ) | |

Final judgment is hereby entered in favor of the respondent warden and against petitioner Douglas Cornejo.

IT IS SO ADJUDGED.

Dated: May 20, 2019

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge